**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 20, 2026

**By ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Yeury Jose Frias Montero*, 26 Cr. 345 (JAV)**

Dear Judge Vargas:

The Government respectfully requests that the time between today and the initial pre-trial conference scheduled for August 26, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on August 5, 2026, *see* ECF 6, and arraigned before Magistrate Judge Figueredo on August 11, 2026, *see* ECF 7.

At the time of the defendant's arraignment, this Court had scheduled the initial pre-trial conference for August 18, 2026, and so Judge Figueredo granted the Government's request, with the defendant's consent, to exclude time under the Speedy Trial Act between August 11 and August 18, 2026. As requested by the parties and based on communications with Chambers, the parties understand that the initial conference will now take place on August 26, 2026. Accordingly, the Government respectfully requests to exclude time between today, August 20, 2026, and the initial pre-trial conference now scheduled for August 26, 2026. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to produce discovery and the defendant time to review that discovery and begin considering any potential pretrial motions. Defense counsel consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

To clarify the record, the conference originally scheduled for August 18, 2026, was not rescheduled at the request of the parties. The government failed to request the production of the Defendant. The Government's request for the exclusion of time to August 26, 2026, is granted.

SO ORDERED.

Dated: August 20, 2026

JEANNETTE A. VARGAS
United States District Judge

cc: Edie Joseph, Esq. (by ECF)